<table>
<tr><td>*Attorneys*<br>**MANDY K. CAMPBELL**<br>**KELSEY A. MAKEEVER**<br>**TAYLOR S. MANSELL**<br>**DELAYCEE S. ROWLAND**</td><td align="center">**Melissa J. Davey**<br>**STANDING CHAPTER 13 TRUSTEE**<br>*Northern District of Georgia*<br><br>233 PEACHTREE STREET, N.E., SUITE 2250<br>ATLANTA, GEORGIA 30303-1665</td><td>PHONE: (678) 510-1444<br>FAX: (678) 510-1450<br>www.13trusteeatlanta.com</td></tr>
</table>

September 05, 2025

THE SEMRAD LAW FIRM, LLC
6125 OLD NATIONAL HWY.
SUITE 121
COLLEGE PARK, GA  30349

Re:   FARRAH FRANCINE PULLIN
      Case No. 24-59124-PMB

To Whom It May Concern:

A recent review of the above referenced case indicates that you have not filed a Bar Date Certification with the Bankruptcy Court.  The Rights and Responsibilities Statement included as part of General Order 42-2020 requires each attorney, on or before sixty (60) days after the general bar date, to certify that he or she has "reviewed claims with Debtor" and "prepared, filed and served objections to improper or invalid claims".

The general bar date deadline was seventy (70) days from the petition file date and it is now over sixty (60) days past, but no certification has been filed.  You may view a sample certification at 13trusteeatlanta.net.

Failure to file this certification within thirty (30) days of this letter may result in a Motion to Review Attorney's Fees.  Please proceed accordingly.

I appreciate your immediate attention to this matter.

Respectfully,

/s/ Melissa J. Davey