**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| **Farrah Francine Pullin** | { | CASE NO. **24-59124** |
| DEBTOR. | | JUDGE PAUL BAISIER |

**CERTIFICATION REGARDING REVIEW OF PROOFS OF CLAIM**

COMES NOW The Semrad Law Firm, counsel of record for the Debtors in the above styled Chapter 13 case, and files this "Certification Regarding Review of Proofs of Claim" and shows to this Honorable Court the following:

1.

The Debtor filed the instant Chapter 13 proceeding on August 30, 2024.

2.

All filed Proofs of Claim have been reviewed to determine their validity. Actions deemed appropriate for all existing and missing claims, if any, have been taken.

3.

Debtor's attorneys have attempted unsuccessfully to contact the Debtor to review all claims filed in this case. Debtor's attorneys have reviewed all claims to the best of our ability without any assistance from the client and have found no objectionable claims. Debtor's attorneys hereby reserve the right to file an objection to claim later in the event that an inaccuracy in a claim is found.

Respectfully Submitted by:

Andrew H. McCullen
GA Bar No. 872658
The Semrad Law Firm, LLC
6125 Old National Highway, Suite 121
College Park, GA 30349
(678) 668-7160
**Attorney for the Debtor**
amccullen@semradlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | { CHAPTER 13 |
| | { |
| **Farrah Francine Pullin** | { |
| | { CASE NO. **24-59124** |
| | { |
| DEBTOR. | JUDGE PAUL BAISIER |

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within "Certification Regarding Review of Proofs of Claim" upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure deliver to:

**Farrah Francine Pullin**
2441 Wood Bend Ln
Riverdale, GA 30296

I certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via the ECF electronic mailing/notice system.

September 10, 2025

 Andrew H. McCullen
GA Bar No. 872658
The Semrad Law Firm, LLC
6125 Old National Highway, Suite 121
College Park, GA 30349
(678) 668-7160
**Attorney for the Debtor**
amccullen@semradlaw.com