## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Farrah Francine Pullin,** | **24−59124−pmb** |
| | CHAPTER:  **13** |
| Debtor(s) | |

### NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:**   ECMC
**Proposed Transferor:**   MOHELA on behalf of Ascendium Education Solutions Inc
Owner of claim per Court records:  MOHELA on behalf of: Ascendium Education Solutions
Claim Number(s)  11

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated May 21, 2026

Vania S. Allen , Clerk of Court
U.S. Bankruptcy Court

Form 428

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 24-59124-pmb

Farrah Francine Pullin                                                                Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: 428 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Farrah Francine Pullin, 2441 Wood Bend Ln, Riverdale, GA 30296-6041 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 25898515 | Email/Text: ECMCBKNotices@ecmc.org | May 21 2026 21:06:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 25098379 | Email/Text: ECMCBKNotices@ecmc.org | May 21 2026 21:06:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Weinberg | |
| | on behalf of Debtor Farrah Francine Pullin ganb.courtview@slfcourtview.com |
| Andrew H McCullen | |
| | on behalf of Debtor Farrah Francine Pullin amccullen@semradlaw.com  ganb.courtview@SLFCourtview.com |

District/off: 113E-9                          User: bncadmin                                    Page 2 of 2
Date Rcvd: May 21, 2026                       Form ID: 428                                  Total Noticed: 3

Matthew Franklin Totten
                    on behalf of Creditor Progress Residential Borrower 15  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey
                    mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com


TOTAL: 4