Certificate Number: 13858-GAN-DE-041509176

Bankruptcy Case Number: 24-59124

13858-GAN-DE-041509176

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2026, at 10:46 o'clock AM EDT, Farrah Francine Pullin completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: October 1, 2026

By: /s/Salena Richards

Name: Salena Richards

Title: Counselor